UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

16 APR 20  AM 12: 37

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| HARMONY GIBBONS, ) | CAUSE NO. 2:16-cr- |
| ) | |
| Defendant. ) | 2:16-cr-0008WTL-CMM |
| ) | |

## INDICTMENT

### COUNT 1
### 18 U.S.C. § 922(g)(1)

The Grand Jury charges that:

On or about February 17, 2016, in Sullivan County, Indiana, within the Southern District of Indiana,

**HARMONY GIBBONS,**

the defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, to wit:

(i) Delivery of Methamphetamine (Manufacturing), a Class B Felony, on or about March 22, 2010, in Vermillion Circuit Court, Vermillion County, Indiana, Cause No. 83C01-0911-FB-00014;

(ii) Dealing in a Schedule II Controlled Substance, a Class B Felony, on or about February 4, 2003, in Vigo County Superior Court, Vigo County, Indiana, Cause No. 84D01-0102-CF-0460,

did knowingly possess, in and affecting commerce, any firearm, including a black Astra .25 automatic handgun, Serial No. 269653, and four rounds of ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

1

## FORFEITURE

1. The allegations contained in this indictment are realleged as if fully set forth herein for the purpose of alleging forfeiture.

2. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek the forfeiture of property pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c) as part of any sentence imposed.

3. If convicted of the offense set forth in this indictment, defendant shall forfeit to the United States any firearm or ammunition involved in or used in the offense set forth in this indictment, including but not limited to:

   i. Black Astra .25 automatic handgun, Serial No. 269653

   ii. Four rounds of ammunition.

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
MaryAnn T. Mindrum
Assistant United States Attorney

2